IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 18-cv-1784-PX |
| v. | ) |
| ABDELRAHMAN AYYAD, | ) |
| Defendant. | ) |

## **JOINT STATUS REPORT AND MOTION TO STAY LITIGATION**

Defendant Abdelrahman Ayyad ("Defendant" or "Mr. Ayyad") and Plaintiff United States ("Plaintiff") respectfully request that the Court stay this case pending the evaluation of Mr. Ayyad's settlement offer for a period of 45 days.

On May 26, 2022, the Court granted Plaintiff's consent motion to stay this litigation (E.C.F. 76). This action was stayed until July 5, 2022. The Court also ordered the parties to file a joint status report no later than July 12, 2022 (E.C.F. 77). Since the entry of the aforementioned order, the parties have memorialized the terms of the proposed settlement and it is currently being reviewed by the Internal Revenue Service and the Tax Division.

WHEREFORE, the parties respectfully request that:

1. This matter is stayed for 45 days in order to allow Plaintiff to review Defendant's settlement proposal.

2. The parties will file a joint status report within 45 days.

Dated: July 12, 2022                                KELLY | DORSEY, P.C.

/s/ *Daniel S. Heller*
Gerald W. Kelly, Jr.
Bar No. 013836
Daniel S. Heller
Bar No. 019499
10320 Little Patuxent Parkway
Suite 608
Columbia, MD  21044
(410) 740-8750
(443) 542-0069 (Facsimile)
dheller@kellydorseylaw.com
*Counsel for Defendant*


/s/ *Joycelyn S. Peyton*
Joycelyn S. Peyton
Beatriz T. Saiz
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*