IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 18-cv-1784-PX |
| v. | ) |
| ABDELRAHMAN AYYAD, | ) |
| Defendant. | ) |

**<u>(proposed) Order</u>**

Upon consideration of the Parties' Joint Status Report and Motion to Stay Litigation, it is hereby

ORDERED that the joint motion is granted. It is further

ORDERED that:

1. This matter is stayed for 45 days.

2. The parties will file a joint status report within 45 days.


Dated: _____, 2022          _____
                                             PAULA XINIS
                                             United States District Court Judge