IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-1784-PX |
| | ) | |
| v. | ) | |
| | ) | |
| ABDELRAHMAN AYYAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**<u>JOINT STATUS REPORT</u>**

The parties jointly submit this report on the status of their settlement negotiations and their request that this Court stay litigation while settlement negotiations are pending. *See* ECF. No. 79.

On July 12, 2022, the parties informed this Court that the parties had memorialized the terms of the proposed settlement and that the Internal Revenue Service and the Department of Justice Tax Division were reviewing the proposal. ECF. No. 78, Jt. Status Report and Mtn. to Stay Litigation. The parties accordingly requested that this Court stay further litigation in this case for 45 days, i.e. until August 26, 2022. *Id.*; ECF. No. 79, Order (granting request for stay and ordering joint status report).

On August 24, 2022, the United States officially accepted Defendant Abdelrahman Ayyad's settlement proposal. As part of that settlement, the United States is waiting to receive signed documentation from Ayyad at which time the parties will file a joint stipulation of dismissal.

WHEREFORE, the parties respectfully request that:

1. This Court extend the stay for seven (7) days to allow Ayyad time to return the necessary documentation and for the parties to file a joint stipulation of dismissal.

2. This Court permit the parties to file a stipulation of dismissal or joint status report in seven (7) days, i.e. on or before **September 2, 2022**.

Dated: August 26, 2022

Respectfully submitted,

s/ *Joycelyn S. Peyton*
JOYCELYN S. PEYTON
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

KELLY | DORSEY, P.C.

s/ *Daniel S. Heller*
GERALD W. KELLY, JR.
Bar No. 013836
DANIEL S. HELLER
Bar No. 019499
10320 Little Patuxent Parkway
Suite 608
Columbia, MD  21044
(410) 740-8750
(443) 542-0069 (Facsimile)
dheller@kellydorseylaw.com
*Counsel for Defendant*