IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-1784-PX |
| | ) | |
| v. | ) | |
| | ) | |
| ABDELRAHMAN AYYAD, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

By and through undersigned counsel, the parties stipulate to the dismissal without prejudice of the above-captioned proceeding. The parties further move that this Court retain jurisdiction over this case, and that Plaintiff be permitted to re-open this proceeding if Defendant breaches the terms of the settlement agreement. In furtherance thereof, the parties stipulate the following:

1. On August 24, 2022, the parties reached a settlement agreement.

2. As part of the settlement agreement, Defendant shall be required to make monthly installment payments in amounts specified in the settlement agreement.

3. In accordance with the settlement agreement, the parties move for dismissal without prejudice of all claims of Plaintiff United States of America against Defendant Abdelrahman Ayyad.

4. The parties request that this Court retain jurisdiction and allow Plaintiff to move to re-open this case if Defendant defaults on his payments, thereby breaching the terms of the settlement agreement.

5. Under the terms of the settlement, should there be a default of the Defendant's payment obligations, the United States may move to re-open the case, and seek entry of judgment for the full amount of the claimed federal tax liability, which is $1,786,457 including interest and

penalties accrued as of February 22, 2022 plus (i) statutory interest that has and will continue to accrue since that date until the balance is paid in full and (ii) failure to pay penalties accruing since February 22, 2022 at a rate of 6% and continuing to accrue at that rate until the balance is paid in full.

6. Each party shall bear their own costs.

WHEREFORE, the parties jointly move that this Court dismiss this case without prejudice, and permit Plaintiff to re-open this case if Defendant breaches the terms of the settlement agreement.

SEEN AND AGREED:

s/*Gerald W. Kelly, Jr.*
GERALD W. KELLY, JR.
DANIEL S. HELLER
Bar No. 013836
10320 Little Patuxent Parkway
Suite 608
Columbia, MD 21044
(410) 740-8750
(443) 542-0069 (Facsimile)
*Counsel for Ayyad*

Date: September 2, 2022

SEEN AND AGREED:

s/*Joycelyn S. Peyton*
JOYCELYN S. PEYTON
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

Date: September 2, 2022